**MEMO ENDORSED**

# GENDER EQUALITY LAW CENTER

157 13th Street, Brooklyn, New York 11215
(347) 844-9003 / info@genderequalitylaw.org / www.genderequalitylaw.org

September 28, 2026

**By ECF Only**
Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Gomez v. Systems 2000 Plumbing Services,* 1:25-cv-6006 (VSB) (GS)

Dear Judge Stein:

The Gender Equality Law Center ("GELC") represents Plaintiff Ruben Gomez in the above-captioned matter. We are writing to request a conference with Your Honor in order to resolve a dispute regarding the format of the Plaintiff's deposition. Counsel for Plaintiff and Defendant met and conferred regarding this issue by telephone on September 25, 2026. Plaintiff respectfully requests that the Court order that his deposition be taken remotely by video conference. We are requesting a conference before Your Honor in order to elaborate further on this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

GENDER EQUALITY LAW CENTER

*Vico Fortier*

Vico D. Fortier
157 13th Street
Brooklyn, New York 11215
Tel: 347-844-9003
vfortier@genderequalitylaw.org
Counsel for Plaintiff

The Court held a discovery conference on October 20, 2026 to discuss Plaintiff's request for a remote deposition. Plaintiff's request for a remote deposition is denied for the reasons set fort at the conference.

Date: October 20, 2026

SO ORDERED:

*Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

cc: All ECF Counsel